IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Denham, Paul | Case Number: 08 B 16904 |
| | Judge: Hollis, Pamela S |
| Printed: 11/11/08 | Filed: 6/30/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 29, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,474.00 | 0.00 |
| 2. | HSBC Auto Finance | Secured | 15,948.00 | 0.00 |
| 3. | Internal Revenue Service | Priority | 3,012.46 | 0.00 |
| 4. | ECast Settlement Corp | Unsecured | 86.46 | 0.00 |
| 5. | HSBC Auto Finance | Unsecured | 180.95 | 0.00 |
| 6. | Internal Revenue Service | Unsecured | 16.35 | 0.00 |
| 7. | Capital One | Unsecured | 22.57 | 0.00 |
| 8. | B-Line LLC | Unsecured | 89.95 | 0.00 |
| 9. | Premier Bankcard | Unsecured | 26.18 | 0.00 |
| 10. | PRA Receivables Management | Unsecured | 79.82 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 97.03 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 46.87 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 62.36 | 0.00 |
| 14. | Illinois Dept Of Healthcare And Family | Priority | | No Claim Filed |
| 15. | Illinois Dept Of Healthcare And Family | Unsecured | | No Claim Filed |
| 16. | Village of Dolton | Unsecured | | No Claim Filed |
| 17. | Hilco Receivables, LLC | Unsecured | | No Claim Filed |
| 18. | Creditors Collection Bur | Unsecured | | No Claim Filed |
| 19. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 20. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 21. | HSBC | Unsecured | | No Claim Filed |
| 22. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |
| 23. | Nicor Gas | Unsecured | | No Claim Filed |
| 24. | Comcast Cablevision | Unsecured | | No Claim Filed |
| | | | $ 23,143.00 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Denham, Paul | Case Number:  08 B 16904 |
| | Judge:  Hollis, Pamela S |
| Printed: 11/11/08 | Filed:  6/30/08 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

